# Court of Appeals
# of the State of Georgia

ATLANTA,____March 26, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1375.  JOHN A. FRILANDO v. RIMINA Z. LEWIS et al.**

John A. Frilando, a prison inmate, filed a civil action against Rimina Lewis and Kevin Robinson.  On June 30, 2014, the trial court entered a judgment and decree denying Frilando's requested relief.  On August 18, 2014, he filed a motion for new hearing.  The trial court denied the motion, and on December 4, 2014, Frilando filed a notice of direct appeal to this Court.  We lack jurisdiction for two reasons.

First, the notice of appeal is untimely.  To be timely, a notice of appeal must be filed within 30 days of the entry of an appealable judgment.  OCGA § 5-6-38 (a).  Although the filing of a motion for new trial generally extends the deadline for filing a notice of appeal, an untimely motion for new trial is void and does not extend the time for filing an appeal.  See *Wicks v. State*, 277 Ga. 121 (587 SE2d 21) (2003).  To be timely, a motion for new trial must "be made within 30 days of the entry of the judgment."  OCGA § 5-5-40 (a).  Because Frilando filed his motion 49 days after entry of the final order, it did not extend the deadline for Frilando to appeal.

Second, because Frilando is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the trial court's order. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).  This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 03/26/2015
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*